Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Demeko D. Brown

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TONI M. GOODALL, as Guardian ad Litem for D.D.B., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:14-cv-01263-JAD-PAL <br><br> STIPULATION FOR DISMISSAL <br><br> **ORDER** |

IT IS HEREBY STIPULATED by and between Toni M. Goodall ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: June 8, 2015          Respectfully submitted,

LAW OFFICES OF ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Toni Goodall

DATE: June 8, 2015          Daniel G. Bogden
United States Attorney

/s/ *Jeffrey T. Chen*
BY: _____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

### ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: June 19, 2015.

_____
UNITED STATES DISTRICT JUDGE